UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Team Tires Plus, Ltd,

Plaintiff,

vs.

Karmark, Inc. and
Mark Heartlein,

Defendant.

Court No. 01-cv-1198 JRT/FLN

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO COMPLAINT**

The parties, through their respective undersigned counsel, do hereby stipulate and agree, pursuant to LR 6.1, that Defendants shall have until August 27, 2001 to answer or otherwise respond to Plaintiff's complaint in the above titled matter.

AGREED:

Dated: July 26, 2001.

**MACKALL, CROUNSE & MOORE, PLC**

By: [signature]

Lawrence R. Commers (18235)
Tim A. Staum (190470)
1400 AT&T Tower
901 Marquette Ave.
Minneapolis, MN 55402
(612) 305-1400

ATTORNEYS FOR PLAINTFF
TEAM TIRES PLUS, LTD.

FILED AUG 08 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: July 25, 2001.

**D. CLAY TAYLOR, P.A.**

By:__________________________
D. Clay Taylor (#204857)
1300 Nicollet Mall
Suite 5002
Minneapolis, MN 55403
phone (612) 904-7376
fax (612) 904-7377

ATTORNEY FOR DEFENDANTS
KARMAK, INC. AND MARK
HEARTLEIN

SO ORDERED

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500