**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| TEAM TIRES PLUS, LTD., | ) | Civil Case No. 01-CV-1198 JRT/FLN |
| | ) | |
| Plaintiff, | ) | Hon. Tunheim |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KARMARK, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

* * *

Pursuant to Fed.R.Civ.P. 41(a)(1)(2), the parties have filed a Stipulated Motion to Dismiss Without Prejudice. The Court finds the Motion well taken and, accordingly, **ORDERS** that this action is dismissed without prejudice. The Court retains jurisdiction of this matter for purposes of enforcement issues regarding the parties' settlement agreement.

Dated: Nov 2, 2001.

BY THE COURT

John R. Tunheim

Hon. John R. Tunheim
U.S. District Court Judge

NOV 02 2001
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

f:\home\t280\prs\tires plus\karmark\order.doc